**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**MAPLE BELL**                                                                               **PLAINTIFF**

**v.**                                      **CASE NO. 2:25-CV-00028-BSM**

**RETZER RESOURCES, INC.**
**d/b/a McDONALD'S**                                                                **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE